The Memorandum Decision and Order below is hereby
signed.  Dated: September 2, 2008.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| THE ROCK CREEK INTERNATIONAL | ) | Case No. 07-00272 |
| SCHOOL, | ) | (Chapter 11) |
| | ) | Not for Publication in |
| Debtor. | ) | West's Bankruptcy Reporter |

MEMORANDUM DECISION AND ORDER DIRECTING DEBTOR
TO SUPPLEMENT OBJECTION TO CLAIM OF CERIDIAN CORP.

The debtor, Rock Creek International School, has filed an objection to the claim of Ceridian Corporation ("Claimant"). On August 9, 2007, Claimant filed proof of claim number 17, asserting an unsecured non-priority claim in the amount of $246.99 (the "Claim").  The claimant's proof of claim constitutes prima facie evidence of the validity and amount of the claim.  Fed. R. Bankr. P. 3001(f).  The debtor contends that "Claimant is no longer owed $246.99, because it has since paid such claim in full and is owed a credit balance, as evidenced by the invoice reflecting the credit balance provided by the Claimant, attached [to the objection] as Exhibit 'A.'" The attachment, however, relates to a different invoice number than the invoice number of the invoice attached to the proof of claim,

and the Claimant has supplemented its proof of claim by filing an explanation that it took a security deposit for $300 from the debtor postpetition for continuing to provide the debtor postpetition services, resulting in a credit balance with respect to the debtor's postpetition account in the amount of $300. Although that supplementation was not filed by a member of the bar of the court, and was not filed as an amended proof of claim under penalty of perjury (which would not have required filing by a member of the bar of the court), neither was the attachment to the debtor's objection accompanied by a statement under penalty of perjury.  It is accordingly

ORDERED that by September 25, 2008, the debtor shall file a supplementation to its objection to the proof of claim of Ceridian Corp. rebutting the prima facie validity of that proof of claim, if such rebuttal evidence is available.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Office of United States Trustee; Patrick J. Potter, and:

| | |
|---|---|
| Linda L. Cory | Bill Arnold |
| Account Relations Rep. | Marcher Consultants, Inc |
| Ceridian Corporation | 8230 Leesburg Pike, Suite 610 |
| 9150 South Hill Blvd., #100 | Vienna, VA 22182 |
| Broadview Heights, OH 44147 | |