The Memorandum Decision and Order below is hereby signed. Dated: September 2, 2008.



```
            S/Martin Teel Jr
_____
        S. Martin Teel, Jr.
     United States Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| THE ROCK CREEK INTERNATIONAL SCHOOL, | ) ) ) | Case No. 07-00272 (Chapter 11) Not for Publication in |
| Debtor. | ) | West's Bankruptcy Reporter |

MEMORANDUM DECISION AND ORDER DIRECTING DEBTOR
TO SUPPLEMENT OBJECTION TO CLAIM OF PEPCO

The debtor, Rock Creek International School, has filed an objection to the claim of Potomac Electric Power Company ("PEPCO" or "Claimant"). On September 19, 2007, Claimant filed proof of claim number 32, asserting an unsecured non-priority claim in the amount of $4,972.81 (the "Claim"). The claimant's proof of claim constitutes prima facie evidence of the validity and amount of the claim. Fed. R. Bankr. P. 3001(f). The debtor contends that:

> Claimant is no longer owed $4,972.81, because it has since paid such claim in full, as evidenced by the invoices provided by the Claimant showing a credit balance, attached hereto as Exhibit "A." Also, Claimant's proof of claim references services billed post-petition. No pre-petition charges are included.

The attached invoices, however, relate to service during the

postpetition period, and are billed to the debtor as a debtor in possession, suggesting that the invoices relate to postpetition services, not prepetition services.  As to the objection that the proof of claim does not include any prepetition services, the proof of claim states that it is for electric service rendered through the filing date.  The proof of claim includes computer printout attachments which indicate that they relate to a billing date of May 25, 2007, the date of the debtor's petition, and I am at a loss otherwise to decipher the attachments, and thus they do not establish that the claim refers only to postpetition charges. The debtor's objection to PEPCO's claim is unaccompanied by a statement under penalty of perjury.  Accordingly, the debtor has not rebutted the prima facie validity of PEPCO's claim.  It is accordingly

ORDERED that by September 25, 2008, the debtor shall file a supplementation to its objection to the proof of claim of PEPCO rebutting the prima facie validity of that proof of claim, if such rebuttal evidence is available.

                              [Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Office of United States Trustee; Patrick J. Potter, and:

| | |
|---|---|
| PEPCO | Bill Arnold |
| PO Box 97274 | Marcher Consultants, Inc |
| Washington, DC 20090-7274 | 8230 Leesburg Pike, Suite 610 |
|   Acct. Nos. 0414-1020-87 & | Vienna, VA 22182 |
|   0252-2920-16 | |