The Memorandum Decision and Order below is hereby
signed.  Dated: September 2, 2008.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
THE ROCK CREEK INTERNATIONAL   )   Case No. 07-00272
SCHOOL,                        )   (Chapter 11)
                               )   Not for Publication in
               Debtor.         )   West's Bankruptcy Reporter

MEMORANDUM DECISION AND ORDER DIRECTING DEBTOR
TO SUPPLEMENT OBJECTION TO CLAIM OF FLEXAMERICA, INC.

The debtor, Rock Creek International School, has filed an

objection to the claim of Flexamerica, Inc. ("Claimant").  The

debtor has neglected to attach evidence in admissible form

(having attached an payables account ledger purportedly showing a

check issued postpetition to the Claimant, but no affidavit

authenticating the ledger or verifying that payment cleared).

The debtor has thus not rebutted the prima facie validity of the

scheduled claim.  See Fed. R. Bankr. P. 3003(b).  Beyond that,

however, allowance is tested as of the petition date (see 11

U.S.C. § 502(b)), and as the alleged payment was postpetition the

debtor could simply treat the claim as paid to that extent

instead of attempting to obtain a disallowance of the claim.

Moreover, the confirmed plan provided in paragraph 5.02 that:

> Treatment of Class 2 (General Unsecured Class).
> Allowed Unsecured Claims in Class 2 shall be paid in
> full, with post-petition interest, by the Debtor within
> thirty days after the Effective Date.

The debtor does not allege that the Claimant has been paid post-petition interest.  It is thus

ORDERED that by September 25, 2008, the debtor shall file evidence demonstrating error in the scheduled claim of Flexamerica, Inc. to rebut the prima facie validity of that claim as of the petition date, if such rebuttal evidence is available, and if no such supplementation is filed, the claim will be allowed as of the petition date, without prejudice to the debtor's position that it paid $260.00 of the claim postpetition.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Office of United States Trustee; Patrick J. Potter, and:

Flexamerica, Inc.                     Bill Arnold
6500 Rock Spring Dr., Ste. 105        Marcher Consultants, Inc
Bethesda, MD 20817                    8230 Leesburg Pike, Suite 610
                                      Vienna, VA 22182

2