The Memorandum Decision and Order below is signed.
Dated: September 25, 2008.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                  )
                                       )
THE ROCK CREEK INTERNATIONAL           )    Case No. 07-00272
SCHOOL,                                )    (Chapter 11)
                                       )    Not for Publication in
            Debtor.                    )    West's Bankruptcy Reporter

MEMORANDUM DECISION AND ORDER DIRECTING DEBTOR
TO SUPPLEMENT OBJECTION TO CLAIMS OF WAGE CLAIMANTS

The debtor, Rock Creek International School, has filed objections, Docket Entry Nos. 203, 205, 207, and 209, to the scheduled priority wage claims of, respectively, Iris Custodio, Gabriela Duhart, Henriette Mendo, Faten Gaffer ("Claimants"). The debtor has neglected to attach evidence in admissible form, having attached payables account ledgers purportedly showing payments to the Claimants, but no affidavit authenticating the ledgers or verifying that payments cleared.  Moreover, each of the scheduled claims exceeds the amount of payments the debtor alleges it made to the respective Claimant.  The debtor has thus not rebutted the prima facie validity of the scheduled claims. See Fed. R. Bankr. P. 3003(b).

Beyond that, however, allowance is tested as of the petition

date (see 11 U.S.C. § 502(b)), and as the alleged payments were postpetition the debtor could simply treat the claims as paid to that extent instead of attempting to obtain a disallowance of the claims.  It is thus

ORDERED that by September 25, 2008, the debtor shall supplement its objections (Docket Entry Nos. 203, 205, 207, and 209) to scheduled priority wage claims to present evidence demonstrating error in the scheduled claims of, respectively, Iris Custodio, Gabriela Duhart, Henriette Mendo, and Faten Gaffer, to rebut the prima facie validity of each claim as of the petition date, if such rebuttal evidence is available, and if no such supplementation is filed, the claims will be allowed as of the petition date, without prejudice to the debtor's position that it made postpetition payments towards satisfaction of the claims.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Office of United States Trustee; Patrick J. Potter, and:

Gabriela Duhart
3156 Homes Run Road
Falls Church, VA 22042

Faten Gaffer
7990 Avery Court
Alexandria, VA 22306

Iris Custodio
10213 Douglas Avenue
Silver Spring, MD 20902

Bill Arnold
Marcher Consultants, Inc
8230 Leesburg Pike, Suite 610
Vienna, VA 22182

Henriette Mendo
6632 24th Avenue
Hyattsville, MD 20782